

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  
Fax (919) 645-1750

Peter A. Moore, Jr.  
Clerk of Court

August 22, 2024

Darnell William King 438170
Johnston County Jail
P.O. Box 1496
Smithfield, NC 27577

      Re:  King v. Johnston County
            5:24-HC-2153-BO

Dear Mr. King,

Our office has received and filed your petition. Your case has been given the above-indicated docket number. **Please use this number when submitting documents for filing in this case.**

If your address changes, you must notify the court in writing within 14 days. Failure to do so may result in dismissal of the action.

If you want a copy of a filing returned to you, a stamped, self-addressed envelope and an extra copy of the document must be provided.

Upon receipt, your documents are scanned and the scanned copy becomes the official record of the court. To assist with the best possible scan, please adhere to the following.

- **Use 8 ½" x 11" <u>white</u> paper**.
- All documents must include an **<u>original signature</u>**. The "/s/ typed name" is for electronic filers only.
- **Do not highlight your documents**. When scanned, highlights look like black lines and you cannot read the text below the highlight.
- **Leave a margin**. If you write at the very top and very bottom of your paper, most likely, some of your handwriting will be cut off when scanned.
- **Number your pages**. This helps us keep your papers organized and in the correct order.
- **Do not tape your papers**. Tape clogs up the scanner and causes pages to rip.

Thank you for your cooperation.

                                          Sincerely,

                                          /s/ Peter A. Moore, Jr.
                                          Clerk of Court

PAM/sh